THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

WILLIAM SHEPARD and KAREN SHEPARD,

Plaintiffs,

v.

ALLSTATE PROPERTY & CASUALTY INSURANCE COMPANY,

Defendant.

CASE NO. C24-0289-JCC

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion to continue trial (Dkt. No. 12). Finding good cause, the Court continues trial to **March 16, 2026**, and establishes the following revised case management schedule:

| Event | Date/Deadline |
|---|---|
| Expert Disclosure | June 13, 2025 |
| Rebuttal Expert Disclosure | July 11, 2025 |
| Discovery Cutoff | November 17, 2025 |
| Filing Dispositive Motions | December 15, 2025 |

| Mediation | November 28, 2025 |
|---|---|
| Pretrial Order and Motions *in Limine* | February 27, 2026 |
| Proposed Verdict Forms and Jury Instructions | February 27, 2026 |
| Trial Briefs | March 9, 2026 |
| Jury Trial | March 16, 2026 |

DATED this 29th day of January 2025.

Ravi Subramanian
Clerk of Court

s/Kathleen Albert
Deputy Clerk