THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WILLIAM SHEPARD and KAREN SHEPARD, | CASE NO. C24-0289-JCC |
| Plaintiffs, | MINUTE ORDER |
| v. | |
| ALLSTATE PROPERTY & CASUALTY INSURANCE COMPANY, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion to continue expert disclosure pretrial deadlines (Dkt. No. 23). Finding good cause, the Court extends the expert disclosure deadlines set by the Court's January 25, 2025 Order (Dkt. No. 13), and establishes the following revised case management schedule:

| Event | Date/Deadline |
|---|---|
| Expert Disclosure | ~~June 13, 2025~~ September 2, 2025 |
| Rebuttal Expert Disclosure | ~~July 11, 2025~~ October 2, 2025 |
| Discovery Cutoff | November 17, 2025 |

MINUTE ORDER
C24-0289-JCC
PAGE - 1

| Filing Dispositive Motions | December 15, 2025 |
|---|---|
| Mediation | November 28, 2025 |
| Pretrial Order and Motions *in Limine* | February 27, 2026 |
| Proposed Verdict Forms and Jury Instructions | February 27, 2026 |
| Trial Briefs | March 9, 2026 |
| Jury Trial | March 16, 2026 |

DATED this 1st day of May 2025.

Ravi Subramanian  
Clerk of Court

s/Kathleen Albert  
Deputy Clerk