The Honorable John C. Coughenour

IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| WILLIAM SHEPARD and KAREN SHEPARD, husband and wife,<br><br>        Plaintiffs,<br><br>    v.<br><br>ALLSTATE PROPERTY & CASUALTY INSURANCE COMPANY, a foreign company,<br><br>        Defendant. | Case No. 2:24-CV-00289-JCC<br><br>**STIPULATED MOTION TO CONTINUE TRIAL AND PRETRIAL DEADLINES AND (~~PROPOSED~~) ORDER**<br><br>**NOTE ON MOTION CALENDAR: AUGUST 15, 2025** |

Pursuant to LCR 7(d)(1) and LCR 10(g), Plaintiffs William Shepard and Karen Shepard and Defendant Allstate Property and Casualty Insurance Company, through their counsel, respectfully request the Court enter an order continuing the current Scheduling Order by three months. *See* Dkt. No. 14.

Good cause exists for this second continuance. This stipulated continuance will allow the parties to move forward with mediation, complete the necessary depositions and expert work, and continue to diligently engage in discovery while allowing time to resolve this case, should the opportunity arise. Unanticipated additional third-party discovery is also needed including depositions and additional record gathering that require coordination with entities and witnesses

not employed by the Defendant. This continuance will allow Plaintiffs to coordinate that discovery with the necessary witnesses and their legal counsel. Additionally, as noted, the parties are actively pursuing resolution as appropriate. While additional discovery is needed ahead of mediation, the parties currently have mediation set for October 8, 2025. The Parties would like to have additional time after the mediation, if it is not successful, to complete expert discovery and disclosure.

Since the last continuance the Parties have worked diligently to address ongoing discovery disputes, without court intervention, and hope to continue to resolve these issues without motions practice. If the case is not continued the likelihood of motions practice related to these ongoing issues is greater than if this motion is granted allowing the Parties to continue to try to resolve these issues cooperatively.

Accordingly, the Parties by and through the undersigned counsel, stipulate and agree as follows, subject to the Court's approval, that good cause appearing, the deadlines set by the Scheduling Order (Dkt. No. 14) be adjusted by three months, as follows:

| Event | Current Date/Deadline | Proposed Date/Deadline |
| --- | --- | --- |
| Expert Disclosure | September 2, 2025 | November 21, 2025 |
| Rebuttal Expert Disclosure | October 2, 2025 | December 22, 2026 |
| Discovery Cutoff | November 17, 2025 | February 13, 2026 |
| Filing Dispositive Motions | December 15, 2025 | March 16, 2026 |
| Pretrial Order and Motions *in Limine* | February 27, 2026 | May 25, 2026 |
| Proposed Verdict Forms and Jury Instructions | February 27, 2026 | May 25, 2026 |
| Trial Briefs | March 9, 2026 | June 8, 2026 |
| Jury Trial | March 16, 2026 | June 15, 2026 |

DATED this 15th day of August, 2025.

        FOX ROTHSCHILD LLP

*s/ Sarah D. Macklin*
Bryan J. Case, WSBA #41781
Sarah D. Macklin, WSBA #49624
Al Roundtree, WSBA #54851
1001 Fourth Avenue, Suite 4400
Seattle, WA 98154
Telephone: 206.624.3600
Facsimile: 206.389.1708
Email: bcase@foxrothschild.com
      smacklin@foxrothschild.com
      aroundtree@foxrothschild.com

*Attorneys for Defendant Allstate Property & Casualty Insurance Company*

WALSH & WALSH, PLLC

*s/ Christopher M. Walsh*
Christopher M. Walsh, WSBA #59454
PO Box 6876
Tacoma, WA 98417
Ph. 253-753-1992
Email: cwalsh@walshandwalshattorneys.com

ROBERT D. BOHM, PLLC
Robert D. Bohm, WSBA #42703
PO Box 25536
Federal Way, WA 98093-2536
Ph. 206-463-6767
rdbohm@premisesinjurylaw.com

*Attorneys for Plaintiff*

STIPULATED MOTION TO EXTEND DEADLINES (2:24-CV-00289-JCC) - 3

**FOX ROTHSCHILD LLP**
1001 FOURTH AVENUE, SUITE 4400
SEATTLE, WA 98154
206.624.3600

## ORDER

IT IS SO ORDERED. ~~The Clerk shall issue a new scheduling order consistent with the dates designated in the motion.~~

Dated: August 19, 2025

*John C. Coughenour*

John C. Coughenour
UNITED STATES DISTRICT JUDGE